☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

RICHARD PEREIRA,
    a/k/a "Porter,"

                  Defendant.
- - - - - - - - - - - - - - - - x

*JUDGE KOELTL*

NOTICE OF INTENT TO
FILE AN INFORMATION

**08 CRIM 337**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          April 7, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

            By: _____
                Nola B. Heller
                Assistant United States Attorney

            AGREED AND CONSENTED TO:

            By: _____
                Scott Tulman
                Attorney for Richard Pereira

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 4908
DATE FILED: 4/9/08

4/9/08 WIFEEL A