UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CRIM 337**

------------------------------X

UNITED STATES OF AMERICA         :

        v.                              :

Richard Pereira, a/k/a "Porter,"  :    08 Cr. ____

        Defendant.               :

------------------------------X

        The above-named defendant, who is accused of violating Title 21, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
      April 14, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 14 2008

0202