LAW OFFICES OF
## Scott B. Tulman & Associates, PLLC

SCOTT B. TULMAN

CAROLYN L. ATTARDI*

SUSAN G. PAPANO, OF COUNSEL
*ADMITTED TO PRACTICE IN N.Y. & CT.

369 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10017
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

31-33 MARKET STREET
NEW YORK, NEW YORK 10022
(212) 406-4776
TELECOPIER: (212) 406-2726

14 MAMARONECK AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 861-2167
TELECOPIER: (914) 861-2167

VIA FACSIMILE
(212) 805-7912

*Sentencing adjourned to Friday, August 22, 2008 at 11:30am. SO ORDERED. 7/24/08 [signature] USDJ*

July 23, 2008

The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Richard Pereira
    08 Cr. 337 (JGK)

Dear Judge Koeltl:

I am the attorney for defendant Richard Pereira whose sentencing in the above matter is currently scheduled for July 25, 2008. I respectfully request a brief adjournment of Pereira's sentencing. As a result of unforeseen circumstances, I am required to be out of town from Thursday July 24, 2008 through Tuesday, July 29, 2008.

The Government consents to this adjournment, but asks that the sentencing not be adjourned to a date during the week of August 25, 2008 (August 25, 2008 through August 29, 2008) because of the assigned Assistant United States Attorney's vacation schedule.

I attempted unsuccessfully to contact the Court's courtroom deputy to determine the most convenient adjourn date for the Court, and will attempt to do so again today. If sentencing is to be on a Friday, I ask that the case not be adjourned to August 15, 2008.

Respectfully submitted,

Scott B. Tulman

cc: Nola B. Heller, Esq.
    Assistant United States Attorney

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2008