DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                      08 Cr. 337 (JGK)

RICHARD PEREIRA,                    ORDER

        Defendant.

JOHN G. KOELTL, District Judge:

    The Court transmits to counsel for the defendant and counsel for the Government the attached letter received by the Court in connection with sentencing.

SO ORDERED.

Dated:  New York, New York
       July 31, 2008

                                          John G. Koeltl
                                    United States District Judge

Dear Judge Koeltl,

I have been waiting for sentencing for a few weeks now. I'm not sure if my lawyer has the P.S.I. report back yet. I've asked him in the past about my complaint, discovery and bail, but to no avail. I would just like to have the opportunity to scrutinize my case. I would also like to ask you if you can have a little consideration on me during sentencing because of my mothers age. She is 73 yrs old, she's more afraid to drive now. If you can also send somewhere close to New York to keep our family visits going more often. She's an Orphan and a Widow. I need drug treatment & all the proffesional help I can get to become a productive member of society.

God bless you & your family always, I'm always praying for all of us.

Thanking you in advance for your time, Respectfully submitted

Richard Pereira
70430-054

JUL 29 2008