```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - AGAINST -

RICHARD PEREIRA,
                  Defendant.

08 Cr. 337 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court transmits to counsel for the defendant and counsel for the Government the attached letter received by the Court in connection with sentencing.

SO ORDERED.

Dated:    New York, New York
            August 18, 2008

                                      John G. Koeltl
                              United States District Judge

Vivian Pereira
120 Debs Place
Bronx, NY 10475
June 30, 2008

Your Honor,

I am writing this letter on behalf of my brother Richard Pereira. I am a NYC teacher in the Bronx. Your Honor, I would be lying if I said my brother has led a stellar life but I am not lying when I say these last few years have been a vast improvement.

I told him I couldn't live in fear anymore of something bad happening to him. He saw the truth in my eyes and he became a better son to my mother and a great dad to his own son. He became a much better brother and uncle as I have a five year old daughter.

I understand the law and the consequences you choose depend on the life you choose to live. While I know that his fate rests in your hands I am respectfully requesting that my brother be housed in a facility as close to home as possible. My mother is 73 years old and would not be able to visit my brother if he were far away. Your Honor, my mother has high blood pressure and osteoporosis. Although she works out regularly and eats right I'm petrified at the thought that something might happen to her while my brother is incarcerated. She has repeatedly said to me she would visit if it is not that far. Your Honor please consider my plea to house my brother as close to home as possible.

I greatly and sincerely appreciate your time and understanding in this matter.

Respectfully yours,

*Vivian Pereira*
Vivian Pereira