```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                  08 Cr. 337 (JGK)

RICHARD PEREIRA,                   ORDER

       Defendant.

JOHN G. KOELTL, District Judge:

    The Court transmits to counsel for the defendant and counsel for the Government the attached letter received by the Court in connection with sentencing.

SO ORDERED.

Dated:  New York, New York
       August 19, 2008

                                      John G. Koeltl
                                United States District Judge

Miss Elizabeth Cleary
29 Abeel St.,
Yonkers, N.Y. 10705
August 12, 2008

Judge John Koeltl
500 Pearl St.,
New York, N.Y. 20007

Dear Judge Koeltl

I am writing on behalf of Mrs. Noehmy Pereira a wonderful woman who carries a deep sorrow resulting from the violence of the drug culture and its effect on our youth. Her son Richard is presently incarcerated at The Manhattan Correctional Facility at 150 Park Row, N.Y. 10007 and is scheduled for sentencing on August 22nd.

This young man was brought up in the South Bronx, attended St. Thomas Aquinas School and JFK High School. He was a good student and enjoyed the normal life of a young teenager. He was a good son and shared many happy years living with his family. The South Bronx in those years was part of what was referred to as Fort Apache.

The happy days of childhood changed abruptly when his father was murdered by another tenant who lived in the same building. At about this same time, the horrendous "Happy Land Fire" occurred very near to his home. It was here that 87 innocent people died through the act of one person. It was following these experiences that Richard was introduced to the use of drugs.

Following these tragedies, his mother made every effort to find other housing to remove her children from the atmosphere. She relocated to a Co-Op where she still lives. Her daughter now grown is married and settled in her own apartment. Richard was doing well until this recent lapse. He was contributing to the household needs etc.

His mother spends her life in prayer and work for the church. She visits the Correctional Facility as often as possible. It is not easy, as it is a great distance away. Richard regrets the sorrow he has brought to her and has, thank God turned his life back to the Lord and looks forward to the day when he can return home and bring peace again to his own and his mother's life. He is attending a Drug Rehabilitation Program as well as Spiritual Courses at the facility and is planning to continue these programs when he returns home.

Why have I told you all the above. Well Judge you are the only one in a position to bring peace and joy back to this family, to be an instrument of the Mercy of God to a family lonely for understanding, compassion and love. A Judge, I think is in a sense, like the father in the Gospel story of the Prodigal Son. To give the son a second chance, to bandage some old wounds. To trust him and his desire to start over again would be an answer to his mother's and his own prayers.

If a full pardon is not possible, could he be placed in a facility close to his mother's apartment. She is now 73 and has multiple medical issues. It is extremely difficult for her to make the trip to his present facility. I am sure that these are difficult decisions for you and are not made without much thought and examination of the case. You will be in our prayers.

Respectfully yours

*Elizabeth Cleary*



**Ms. Elizabeth Cleary**
Apt 2F
29 Abeel St
Yonkers NY 10705



WESTCHESTER NY 105

AUG 2008 PM



Judge John Koeltl
500 Pearl St.,
New York, N.Y. 20007



