UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - AGAINST -

RICHARD PEREIRA,
                          Defendant.

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

08 cr 337 (JGK)

JOHN G. KOELTL, District Judge:

    The Court transmits to counsel for the defendant and counsel for the Government the attached letter received by the Court in connection with sentencing.

SO ORDERED.

Dated:    New York, New York
           August 21, 2008

                                            _____
                                               John G. Koeltl
                                       United States District Judge

Mrs Noehmy Pereira
19 Abeel St.,
Yonkers, N.Y. 10705

Your Honor:

I am the mother of Richard Pereira who is scheduled for sentencing on August 28th. There are no words that can explain the heartbreak and sorrow that accompany this sad event not only in his life but the entire family.

My son is a good boy. He became involved in drugs after the tragic loss of his father who was murdered by a tenant living in the same apartment house. Richard was a teenager at the time. We were living in the South Bronx and drugs were part of culture. Through the years he made many attempts to stop but weakened when tempted to find an easy way out of problems.

In the last few years however he has been influenced by his sister's good example and lectures. For myself, I have prayed unceasingly for him to return to his trust in God to give him the grace to overcome this habit.

During his stay at the Manhattan Correctional Facility he has thank God returned to his faith and has become again the son that I am proud of. He is looking forward with hope to fulfilling his dreams of being a good father to his son and a Blessing to the family. He has the education and a trade and with God's help will be able to find suitable work that will give him a sense of pride and value.

Your Honor I am no longer young. It is my prayer that before I die Richard will be free and a responsible member of our society. I beg you to give him this opportunity.

Thank you from the bottom of my heart for your efforts in this very difficult field.

Respectfully yours

*Noehmy Pereira*
Noehmy Pereira