# BERNARD V. KLEINMAN
## ATTORNEY - AT - LAW
2 GANNETT DRIVE, SUITE 418

WHITE PLAINS, NY 10604

TEL: (914) 644-6660      E-MAIL: ATTRNYLWYR@YAHOO.COM      FAX: (914) 694-1647

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/22/08

August 22nd, 2008

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. MARC MUNSON, S3 06-cr-00143

Your Honor,

Defendant Munson would respectfully request that the Court grant him until Wednesday, September 10th, 2008 to file his Response to the Pre-Sentence Report.

As sentencing is set for Friday, September 19th, 2008, this should give the Government sufficient time to respond.

I have left a message with Assistant U.S. Attorney Jason Halperin regarding this request, but, as he is on holiday, I have not heard back regarding this matter.

Respectfully yours,

Bernard V. Kleinman

cc: Jason Halperin, Esq., via fax [914-993-9036]

**APPLICATION GRANTED**
**SO ORDERED**

8/22/08

John G. Koeltl, U.S.D.J.